**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **SA CV 24-420-JFW(JDEx)** | Date: April 9, 2025 |
| Title: | Sedigheh Omidvar -v- United States | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SANCTIONS**

The Civil Trial Order filed on March 20, 2025 (Docket No. 33) required the parties to file a Joint Statement Re: Objections for each trial declaration to which there was an objection, as well as a separate "Ruling Chart," by noon on the sixth calendar day before trial. Civil Trial Order § 6(a). The parties failed to file the required documents.

Accordingly, the parties are ordered to show cause in writing on or before **April 10, 2025**, why the Court should not impose sanctions in the amount of $5,000.00 against each lead counsel. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.